**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kristin M. Nardella                    CHAPTER 13
             Debtor(s)

BKY. NO. 22-11240 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of STATE FINANCIAL NETWORK, LLC and index same on the master mailing list.

                Respectfully submitted,

                /s/ Brian C. Nicholas, Esq.
                Brian Nicholas
                20 May 2022, 15:58:31, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322