Certificate Number: 12433-PAE-DE-036628739

Bankruptcy Case Number: 22-11240



12433-PAE-DE-036628739

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 20, 2022, at 3:43 o'clock PM EDT, Kristin M. Nardella completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    June 20, 2022                          By:      /s/Lisa Susoev

                                                Name:   Lisa Susoev

                                                Title:   Teacher