| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 22-11240-AMC**

Kristin M Nardella  
90 Meetinghouse Lane  
Springfield  PA    19064

Petition Filed Date: 05/13/2022  
341 Hearing Date: 06/24/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/06/2022 | $1,600.00 | 56264 | 06/08/2022 | $1,600.00 | | | | |

**Total Receipts for the Period: $3,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $8,785.76 | $0.00 | $0.00 |
| 2 | FRANKLIN MINT FEDERAL CU »» 002 | Unsecured Creditors | $5,006.41 | $0.00 | $0.00 |
| 3 | STATE FINANCIAL NETWORK LLC »» 003 | Mortgage Arrears | $45,257.54 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,200.00 | Current Monthly Payment: | $1,600.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $256.00 | Total Plan Base: | $88,000.00 |
| Funds on Hand: | $2,944.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.