| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-11240-AMC

Kristin M Nardella  
90 Meetinghouse Lane  
Springfield  PA    19064  

Petition Filed Date: 05/13/2022  
341 Hearing Date: 06/24/2022  
Confirmation Date: 12/14/2022  

Case Status: Dismissed After Confirmation on 5/17/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/28/2023 | $622.50 | 42235721 | 03/13/2023 | $622.50 | 42465860 | 04/05/2023 | $622.50 | 42952297 |
| 04/19/2023 | $622.50 | 43155476 | 05/03/2023 | $622.50 | 43432239 | 05/17/2023 | $622.50 | 43647389 |
| 06/01/2023 | $622.50 | 43848346 | | | | | | |

**Total Receipts for the Period: $4,357.50    Amount Refunded to Debtor Since Filing: $1,755.46  Total Receipts Since Filing: $7,557.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,239.56 | $4,239.56 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $8,785.76 | $0.00 | $8,785.76 |
| 2 | FRANKLIN MINT FEDERAL CU »» 002 | Unsecured Creditors | $5,006.41 | $0.00 | $5,006.41 |
| 3 | STATE FINANCIAL NETWORK LLC »» 003 | Mortgage Arrears | $45,257.54 | $982.80 | $44,274.74 |
| 0 | Kristin M Nardella | Debtor Refunds | $1,755.46 | $1,755.46 | $0.00 |

**Chapter 13 Case No. 22-11240-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,557.50 | Current Monthly Payment: | $1,245.00 |
| Paid to Claims: | $6,977.82 | Arrearages: | $0.00 |
| Paid to Trustee: | $579.68 | Total Plan Base: | $70,430.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.